1  DANIEL A. BACON 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for SONIA TOPETE-DUENAS

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )   NO. 1:12-cr-00062-LJO-SKO
                                    )
10              Plaintiff,          )   STIPULATION TO CONTINUE
                                    )   STATUS CONFERENCE AND
11         vs.                      )   ORDER THEREON
                                    )
12  SONIA TOPETE-DUENAS,            )   DATE:   September 17, 2012
                                    )   TIME:   1:00 PM
13              Defendant.          )   DEPT:   Hon. Sheila K. Oberto
   _____  )

         IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the status conference presently scheduled before the Hon Sheila K. Oberto for September 17, 2012 at the hour of 1:00 PM be continued to October 15, 2012, at the hour of 1:00 PM.

         The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), and availability of counsel.

   Dated: September 13, 2012.      BENJAMIN B. WAGNER, United States Attorney

                                   By: /s/ Laurel J. Montoya
                                   LAUREL J. MONTOYA, Assistant U.S. Attorney
                                   Attorney for Plaintiff

   Dated: September 13, 2012.
                                   /s/ Daniel A. Bacon
                                   DANIEL A. BACON,
                                   Attorney for Defendant TOPETE-DUENAS

   Stipulation to Continue Status Conference and Order Thereon

ORDER

The parties' request for a continuance of the status conference which was accompanied by the "Declaration of Daniel A. Bacon in Support of Stipulation to Continue Status Conference" is GRANTED.

The parties are cautioned that any further request for an extension of time must be supported by good cause and shall include a detailed explanation demonstrating due diligence, including a description of what actions have been undertaken, and what further actions are needed, to move the case forward. Counsel's calendar conflict alone does not constitute good cause.

IT IS SO ORDERED.

**Dated:   September 14, 2012**          /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE