DANIEL A. BACON 065099
ATTORNEY AT LAW
5200 NORTH PALM, SUITE 408
FRESNO, CALIFORNIA 93704
TELEPHONE: (559) 241-7000

ATTORNEY FOR SONIA TOPETE-DUENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SONIA TOPETE-DUENAS, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. 1:12-cr-00062-LJO-SKO <br><br> DEFENDANT TOPETE-DUENAS'S <br> WAIVER OF APPEARANCE <br> AND ORDER THEREON <br><br> DATE:    September 17, 2012 <br> TIME:    1:00 PM <br> DEPT:   Hon. Sheila K. Oberto |

Defendant Sonia Topete-Duenas hereby knowingly, voluntarily and intelligently waives her right to be present at the status conference held on September 17, 2012 and agrees to appear at the continued status conference presently scheduled for October 15, 2012 at 1:00 PM in the courtroom of the Hon. Sheila K. Oberto.

Defendant Sonia Topete-Duenas agrees that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Sections 3161(h)(1)(D) and 3161 (h)(8)(B)(iv), and availability of counsel.

Executed this 13th day of September, 2012, at Los Angeles, California.

/s/ Sonia Topete-Duenas
SONIA TOPETE-DUENAS

Executed this 13th day of September, 2012, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
SONIA TOPETE-DUENAS

ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

IT IS SO ORDERED.

Dated:  **September 14, 2012**          /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE