DANIEL A. BACON 065099
Attorney at Law
5200 North Palm Avenue, Suite 408
Fresno, California 93704-2225
Telephone: (559) 241-7000

Attorney for SONIA TOPETE-DUENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SONIA TOPETE-DUENAS,<br><br>　　　　　　　Defendant, | Case No. 1:12 cr 00062-LJO-SKO<br><br>STIPULATION TO EXONERATE PROPERTY BOND AND RECONVEY PROPERTY; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto, namely plaintiff United States of America and its attorney of record herein, Assistant U.S. Attorney Laurel Montoya, and defendant Sonia Topete-Duenas, and her attorney, Daniel A. Bacon, that the property bond of $100,000.00, secured by a property set forth in the following attached Deed of Trust with Assignments of Rents, be reconveyed to the owner:

The Deed of Trust with Assignments of Rents, signed on May 17, 2012, No. 20120743251, be reconveyed to "Lorenzo A. Talavera." Said property is more particularly described as:

> Lot 122 of Tract No. 19500 as per map recorded in book 532 pages 39 to 43 of Maps, in the office of the County Recorder of said county.
> APN 8564 017 004

Dated: April 28, 2014.　　　BENJAMIN B. WAGNER, United States Attorney
　　　　　　　　　　　　　　By: /s/ Laurel J. Montoya
　　　　　　　　　　　　　　　　LAUREL J. MONTOYA, Assistant U. S. Attorney
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: April 28, 2014.　　　/s/ Daniel A. Bacon
　　　　　　　　　　　　　　DANIEL A. BACON
　　　　　　　　　　　　　　Attorney for Defendant TOPETE-DUENAS

ORDER

IT IS HEREBY ORDERED that the property bond be exonerated, and the Clerk of the Court be ordered to reconvey the property which was used to collateralize the bond, specifically the following property:

> Lot 122 of Tract No. 19500 as per map recorded in book 532 pages 39 to 43 of Maps, in the office of the County Recorder of said county.
> APN 8564 017 004

to the following person, "Lorenzo A. Talavera."

IT IS SO ORDERED.

Dated:  **May 6, 2014**          **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE